**George Brockhausen, Defendant in Error, v. Stover Gas Machine Manufacturing Company, Plaintiff in Error.**

### Gen. No. 6,474.   (Not to be reported in full.)

Error to the Circuit Court of Stephenson county; the Hon. RICHARD S. FARRAND, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed February 12, 1918.

### Statement of the Case.

Action by George Brockhausen, plaintiff, against Stover Gas Machine Manufacturing Company, defendant, to recover the purchase price of a motor truck sold by plaintiff to defendant. From a judgment for plaintiff for $675, defendant brings error.

DOUGLAS PATTISON, for plaintiff in error.

R. J. CARNAHAN, for defendant in error.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and *Cumulative Quarterly,* same topic and section number.

## Abstract of the Decision.

EVIDENCE, § 265*—*when sale slip memorandum of seller of parol contract of sale is inadmissible.* A sale slip memorandum, made by the seller of a motor truck, of a parol contract of sale, from which the seller made up his account books, was not competent evidence of the facts purported to be recited therein as to the terms of the sale, where it was not made in the presence of the buyer or acquiesced in by him, in an action to recover the purchase price, wherein the question was whether the sale was conditional or unconditional.